**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000082
19-JUN-2023
07:57 AM
Dkt. 72 ODSLJ**

NO. CAAP-23-0000082

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION,
a Hawaii corporation, Plaintiff-Appellee, v.
MANUEL LOPEZ; MARIA LOPEZ;
STEPHANA PROKSCHL, fka STEPHANIE HADLEY;
COUNTY OF HAWAII, DEPARTMENT OF FINANCE, Defendants-Appellees,
and WILLIAM GILROY, Defendant-Appellant, and
JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-22-0000063)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that self-represented Defendant-Appellant William Gilroy appeals from the Circuit Court of the Third Circuit's (**circuit court**) January 20, 2023 "Order Granting Entry of Default of Defendants Manuel Lopez, Maria Lopez and Stephana Prokschl, formerly known as Stephanie Hadley[,] Regarding Service by Publication of Summons" (**Default Order**).

The court lacks jurisdiction over the appeal because the Default Order is not a final, appealable order or judgment. See Hawaii Revised Statutes (**HRS**) § 641-1(a) (2016); Hawaiʻi Rules of Civil Procedure Rules 54(b), 58; Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994).  Further, the Default Order is not independently

appealable under the collateral-order doctrine, the Forgay[1] doctrine, or HRS § 641-1(b).  See Greer v. Baker, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (setting forth the requirements for appealability under the collateral-order doctrine and the Forgay doctrine); HRS § 641-1(b) (specifying requirements for leave to file interlocutory appeal).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

IT IS FURTHER ORDERED that any and all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, June 19, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1] Forgay v. Conrad, 47 U.S. 201 (1848).